# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**In Re: In the Matter of the Application of Janon Fisher**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

___CV_____ ( )( )

16-mc-00239 (P1)

**NOTICE OF APPEAL**

Filed: AUG 24 2016

Notice is hereby given that the following parties: **Janon Fisher**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: **July 27, 2016**

(date that judgment or order was entered on docket)

that: **denied Mr. Fisher's application to unseal.**

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: Aug 24, 2016

Signature: /s/ Janon Fisher

Name (Last, First, MI): **Fisher, Janon (PRO SE)**

Address: **810 7th Avenue, Suite 800** City: **New York** State: **NY** Zip Code: **10019**

Telephone Number: **646.368.6825**

E-mail Address (if available): **jfisher@dnainfo.com**

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

```
Court Name: District Court
Division: J
Receipt Number: 46540160562
Cashier ID: Aacevedo
Transaction Date: 08/24/2016
Payer Name: DNA INFO

NOTICE OF APPEAL/DOCKETING FEE
 For: DNA INFO
 Amount:         $505.00

CREDIT CARD
 Amt Tendered:  $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```

16HC239